| AO 10 Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2014 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) WALKER, JOHN M. | 2. Court or Organization US Court of Appeals for the Second Cicuit | 3. Date of Report 01/19/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Senior Circuit Judge | 5a. Report Type (check appropriate type) ☐ Nomination  Date ☐ Initial  ☑ Annual  ☐ Final  5b. ☑ Amended Report | 6. Reporting Period 1/1/2014 to 12/31/2014 |

**7. Chambers or Office Address**

U.S. Court of Appeals
157 Church Street
New Haven, CT 06510

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | Dwight D. Opperman Institute of Judicial Administration |
| 2. Director | U.S. Association of Constitutional Law |
| 3. Director | Friends of CEELI |
| 4. Member | American Society of International Law, Judicial Advisory Board |
| 5. Director | Spencer Williams Foundation for Judicial Independence |
| 6. Director | International Judicial Academy |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| WALKER, JOHN M. | 01/19/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | CEELI Institute | 6/2/14-6/5/14 | Tunis, Tunisia | Judges' training program | Transpsortation, meals, lodging |
| 2. | Supreme Court of Georgia | 6/23/14-6/27/14 | Tbilisi, Republic of Georgia | Conference of Chief Justices of Central and Eastern Europe | Transportation, meals, lodging |
| 3. | CEELI Institute | 7/14/14-7/`16/14 | Prague, Czech Republic | Annual Meeting | Transportation, meals, lodging |
| 4. | CEELI Institute | 10/2/14-10/7/14 | Warsaw, Poland | Judge's training program | Transportation, meals, lodging |
| 5. | Administrative Conference of the United States | 10/16/14-10/17/14 | Washington, DC | Plenary Session | Transportation, meals, lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| WALKER, JOHN M. | 01/19/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WALKER, JOHN M. | 01/19/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. --COMMON STOCK-- | | | | | | | | | |
| 2. AES CORP | A | Dividend | K | T | | | | | |
| 3. ALLSTATE CORP | A | Dividend | L | T | | | | | |
| 4. AMERICAN INT'L GROUP | A | Dividend | L | T | | | | | |
| 5. AMERICAN TOWER INC | B | Dividend | L | T | | | | | |
| 6. ATHENA HEALTH INC | | None | L | T | | | | | |
| 7. AT & T INC COM | A | Dividend | J | T | Buy (add'l) | 05/01/14 | J | | |
| 8. AUTO ZONE INC | | None | K | T | Buy | 10/01/14 | J | | |
| 9. BED BATH & BEYOND | | None | | | Sold | 02/25/14 | L | | |
| 10. BERKSHIRE HATHAWAY | | None | L | T | | | | | |
| 11. BHP BILLITON LTD SPONSORED ADR | B | Dividend | | | Buy (add'l) | 09/23/14 | J | | |
| 12. | | | | | Sold | 10/15/14 | K | | |
| 13. CARMAX | | None | L | T | | | | | |
| 14. CHEVRON CORP | B | Dividend | K | T | Buy (add'l) | 12/10/14 | J | | |
| 15. CHURCH & DWIGHT CO INC | A | Dividend | J | T | | | | | |
| 16. CINCINNATI BELL INC | | None | K | T | | | | | |
| 17. CONCORD MEDICAL SVCS HOLDINGS ADR | D | Dividend | K | T | Buy (add'l) | 07/25/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WALKER, JOHN M. | 01/19/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. CREE INC | | None | | | Sold | 09/17/14 | J | | |
| 19. CROWN HOLDINGS | | None | L | T | | | | | |
| 20. DENNY'S CORP | | None | L | T | | | | | |
| 21. EL PASO PIPELINE PARTNERS LP | A | Dividend | | | Sold | 09/22/14 | K | | |
| 22. ENERGY TRANSFER PARTNERS LP | C | Dividend | L | T | Buy (add'l) | 11/14/14 | L | | |
| 23. ENSCO PLC SPONSORED ADR | B | Dividend | K | T | Buy (add'l) | 12/11/14 | L | | |
| 24. FACEBOOK INC CL A | | None | K | T | | | | | |
| 25. GLADSTONE COMM CORP | A | Dividend | J | T | | | | | |
| 26. GOOGLE INC CL A | | None | J | T | | | | | |
| 27. GREEN MTN COFFEE ROASTERS INC | A | Dividend | L | T | Buy (add'l) | 02/14/14 | J | | |
| 28. ILLUMINA INC | | None | | | Sold | 09/22/14 | K | D | |
| 29. INTERNAP NETWORK SERVICES | | None | K | T | | | | | |
| 30. INTERNATIONAL BUSINESS MACHINES | B | Dividend | K | T | Buy (add'l) | 12/10/14 | J | | |
| 31. IRIDIUM COMMUNICATIONS | | None | K | T | | | | | |
| 32. JP MORGAN CHASE | B | Dividend | L | T | Buy (add'l) | 10/31/14 | J | | |
| 33. KEURIG GREEN MOUNTAIN INC | A | Dividend | L | T | Buy | 10/31/14 | J | | |
| 34. KINDER MORGAN ENERGY PARTNERS | C | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WALKER, JOHN M. | 01/19/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. KING DIGITAL ENTERTAINMENT | A | Dividend | J | T | Buy | 05/12/14 | K | | |
| 36. LABORATORY CORP AMER HOLDINGS | | None | K | T | | | | | |
| 37. LOWES CO INC | B | Dividend | M | T | Buy (add'l) | 11/05/14 | J | | |
| 38. MARKEL CORPORATION | | None | L | T | | | | | |
| 39. MASTERCARD INC CL A | A | Dividend | L | T | Buy (add'l) | 11/10/14 | J | | |
| 40. MICROS SYSTEMS INC | | None | | | Sold | 06/27/14 | L | E | |
| 41. MICROSOFT CORP | B | Dividend | M | T | Buy (add'l) | 12/11/14 | J | | |
| 42. MILLICOM INTERNATIONAL | | None | | | Sold | 04/07/14 | K | D | |
| 43. MYRIAD GENETICS INC | | None | K | T | Buy | 02/24/14 | K | | |
| 44. NEOGEN CORP | | None | K | T | | | | | |
| 45. NOVARTIS AG SPONSORED ADR | B | Dividend | K | T | Buy (add'l) | 04/14/14 | J | | |
| 46. OPKO HEALTH INC | | None | | | Sold | 09/22/14 | J | | |
| 47. ORACLE CORPORATION | B | Dividend | K | T | Buy (add'l) | 10/29/14 | J | | |
| 48. PEPSICO INC | B | Dividend | K | T | Buy (add'l) | 09/30/14 | J | | |
| 49. PHILIP MORRIS INTL INC COM | C | Dividend | L | T | Buy (add'l) | 10/10/14 | J | | |
| 50. PIONEER NATURAL | A | Dividend | L | T | | | | | |
| 51. POPEYES LOUSIANA KITCHEN INC | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WALKER, JOHN M. | 01/19/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. PRIME INFASTRUCTURE HOLDINGS | | None | | | Sold | 01/30/14 | J | | |
| 53. PROCTOR & GAMBLE | B | Dividend | K | T | Buy (add'l) | 11/17/14 | J | | |
| 54. QUALCOMM INC | A | Dividend | K | T | Buy (add'l) | 03/26/14 | J | | |
| 55. REDDY ICE HOLDINGS INC | | None | | | Sold | 12/02/14 | J | | |
| 56. ROSS STORES INC | A | Dividend | K | T | | | | | |
| 57. ROYAL BANK CANADA | A | Dividend | J | T | Buy (add'l) | 12/01/14 | J | | |
| 58. SEADRILL LIMITED | B | Dividend | | | Buy | 07/25/14 | K | | |
| 59. | | | | | Sold | 12/05/14 | J | | |
| 60. SIX FLAGS ENTMT CORP | B | Dividend | K | T | | | | | |
| 61. SMUCKER JM & CO | B | Dividend | K | T | Buy (add'l) | 12/01/14 | J | | |
| 62. SOLARWINDS INC COM | | None | K | T | | | | | |
| 63. SUPER MICRO COMPUTER INC | | None | K | T | | | | | |
| 64. TAIWAN SEMICONDUCTOR | A | Dividend | K | T | Buy (add'l) | 07/25/14 | K | | |
| 65. TIME WARNER CABLE | B | Dividend | L | T | | | | | |
| 66. UNITED TECHNOLOGIES CORP | A | Dividend | J | T | Buy (add'l) | 03/10/14 | J | | |
| 67. UNIVERSAL DISPLAY CORP | | None | | | Sold | 01/24/14 | K | E | |
| 68. URSTADT BIDDLE PPT A | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WALKER, JOHN M. | 01/19/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. WALMART STORES INC | B | Dividend | L | T | Buy (add'l) | 04/01/14 | J | | |
| 70. WELLS FARGO & CO NEW | B | Dividend | K | T | Buy (add'l) | 03/03/14 | J | | |
| 71. | | | | | | | | | |
| 72. --CASH & EQUIVALENTS-- | | | | | | | | | |
| 73. PERSHING GOVT ACCOUNT | A | Interest | J | T | | | | | |
| 74. FIDELITY CASH | A | Interest | J | T | | | | | |
| 75. DREYFUS TREASURY PRIME INV SH | A | Dividend | N | T | | | | | |
| 76. --LIMITED PARTNERSHIP- | | | | | | | | | |
| 77. BROOKFIELD INFRASTRUCTURE PARTNERS | B | Dividend | K | T | | | | | |
| 78. | | | | | | | | | |
| 79. --BANK ACCOUNTS-- | | | | | | | | | |
| 80. BANK OF AMERICA | A | Interest | J | T | | | | | |
| 81. CITIBANK | A | Interest | J | T | | | | | |
| 82. PEOPLES BANK | A | Interest | J | T | | | | | |
| 83. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WALKER, JOHN M. | 01/19/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ JOHN M. WALKER**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544